UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dennis Mounce</u>

    v.                            Civil No. 10-cv-560-JD

<u>US Social Security Administration,
Commissioner</u>

<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                            /s/ Joseph A. DiClerico, Jr.
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

May 12, 2011

cc:  Elizabeth R. Jones, Esquire
     T. David Plourde, Esquire